[No. 3836-1.   Division One.   January 24, 1977.]

EDITH LEWIS, *Appellant*, v. INTERSTATE STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 123160, John E. Rutter, Jr., J., entered May 8, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3935-1.   Division One.   January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WAYNE SPEARS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72115, James W. Mifflin, J., entered June 27, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4089-1.   Division One.   January 24, 1977.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN MCLELLAN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 8709, Edward P. Reed, J., entered April 23, 1975. *Affirmed* by unpublished per curiam opinion.

[Nos. 4176-1; 4184-1.   Division One.   January 24, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY PARNELL, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MICHAEL SMITH, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 7429, Mark Patterson, J. Pro Tem., entered October 3, 1975. *Affirmed* by unpublished per curiam opinion.